CONFORM COPY

1  Daniel M. Cislo, Esq., No. 125,378
   dancislo@cislo.com
2  Kristin B. Kosinski, Esq., No. 237,555
   kkosinski@cislo.com
3  CISLO & THOMAS LLP
   1333 2nd Street, Suite 500
4  Santa Monica, California 90401
   Telephone: (310) 451-0647
5  Telefax: (310) 394-4477

6  Attorneys for Plaintiff,
   ALACER CORP.

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 ALACER CORP., a California      ) CASE NO.  SACV10-01836 JVS MLGx
   Corporation                     )
12                                 )
                                   )
13              Plaintiff,         ) COMPLAINT FOR:
                                   )   (1) INFRINGEMENT OF
14      vs.                        )       FEDERALLY REGISTERED
                                   )       TRADEMARKS;
15 ESSENTIA WATER, INC., a         )   (2) FALSE DESIGNATION OF
   Washington Corporation          )       ORIGIN;
16                                 )   (3) COMMON LAW TRADEMARK
                Defendant.         )       INFRINGEMENT; AND
17                                 )   (4) UNFAIR COMPETITION
                                   )       UNDER STATE LAW
18 _____   )
                                   ) DEMAND FOR JURY TRIAL
19

20      Plaintiff ALACER CORPORATION asserts the following claims against

21 Defendant ESSENTIA WATER, INC.

22

23                         **PARTIES**

24

25      1.   Plaintiff Alacer Corp. ("Plaintiff" or "Alacer") is a California

26 corporation having its principal place of business at 80 Icon, Foothill Ranch,

27 California 92610.

28

2.     Defendant Essentia Water, Inc. ("Defendant" or "Essentia") is a Washington corporation having its principal place of business at 22833 Bothell-Everett Hwy, Suite 220, Bothell, Washington 98021.

## JURISDICTION AND VENUE

1.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) as it arises under Acts of Congress related to trademarks. Additionally, the Court has subject matter jurisdiction over Alacer's federal trademark infringement claim pursuant to 15 U.S.C. § 1121. The Court has subject matter jurisdiction over Alacer's common law trademark infringement claim and its state law unfair competition claim pursuant to 28 U.S.C. § 1367, as the facts giving rise to Alacer's claims arise from the same common nucleus of operative facts.

2.     This Court has personal jurisdiction over Essentia pursuant to the California Long Arm Statute, CA Civ. Proc. Code §410.10. Upon information and belief, Defendant transacts business in California and solicits business in this judicial district, including through its website, www.essentiawater.com, which advertises, displays, and offers for sale its water; and by way of its distributors including health/natural food stores, vitamin supplement stores, medical facilities, health and fitness centers, and large, well-known grocery chains, all of which may include outlets in California.

3.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) as Universal has committed acts of infringement in this judicial district.

///

2

## FACTUAL ALLEGATIONS

3.     Plaintiff Alacer is a California corporation located in Orange County, California and provides nutritionally enhanced products that support an energetic, healthy lifestyle.   It distributes beverages, namely vitamin enriched water and vitamins, mineral supplements, and food supplements in connection with its FEEL THE GOOD marks.

4.     Alacer owns the registered marks FEEL THE GOOD, Reg. Nos. 3,521,887 for use in connection with beverages, namely vitamin enriched water; and 3,483,518 for vitamins, mineral supplements and food supplements, and two pending intent to use applications for the marks FEEL THE GOOD, Ser. No. 77/856,405 for brewed coffee, cappuccino, tea latte, and cocoa beverage products dispensed at various retail stores and Ser No. 85/086,927 vitamins, mineral supplements, and food supplements (see Exhibit 1 attached hereto, U.S. Trademark Office data).

5.     Alacer has been using or has  used its FEEL THE GOOD trademark in commerce for beverages, namely vitamin enriched water, and vitamins, mineral supplements and food supplements since at least 2006.

6.     Alacer has developed substantial goodwill and recognition among its customers and the public at large in its FEEL THE GOOD trademarks and products.

7.     Over the years Alacer has expended substantial sums of money and effort, and extensively advertised and successfully promoted its products and marks via various media channels, including extensively on the Internet, on its own

3

webpage, in social network outlets, and through its distributors.   Alacer has established a valuable business and substantial good will in its products that focus on health and well-being and promote a well rounded, active, and healthy lifestyle and currently offers over twenty (20) varieties of vitamin drink mixes.

8.   Its products sold in connection with the FEEL THE GOOD mark are offered for sale or have been sold in brick and mortar stores on the Internet in health/natural food stores, vitamin supplement stores, medical facilities, health and fitness centers, and in the natural food section of grocery stores.

9.   Alacer has sold relatively large dollar volumes of its proprietary products worldwide through its distributors and its products have met with wide and popular approval.  As a result, Alacer's trademarks are well known throughout the United States, and Alacer has developed substantial goodwill and recognition among its customers and the public at large in its FEEL THE GOOD trademarks.

10.   Essentia sells bottled water labeled, advertised, and promoted as "the **feel good** water" (see Exhibit 2, Excerpt from www.essentiawater.com).

11.   "The **feel good**" water by Essentia is sold in health/natural food stores, vitamin supplement stores, medical facilities, health and fitness centers, and in the natural food section of grocery stores, the same outlets that Alacer sells or has sold its vitamin enriched water, and vitamins, mineral supplements, and food supplements using the FEEL THE GOOD mark.

12.   Essentia claims that its "feel good" water is purified water that has been through a proprietary ionic separation process invented by Japanese scientists and perfected by American engineers that separates and removes acidic ions leaving

4

a high alkaline water that is thinner, "wetter" and smoother, making it better tasting and easier to absorb. The base water can be taken from any municipal source. The first step in the process is complete purification to 99.99% clarity by forcing the water through micro-filters, UV sanitation, and reverse osmosis. Then, once purified, the process infuses a pure electrolyte formula and separates the acidic and alkaline ions, creating smaller water clusters that claim to hydrate better at the cellular level and enhance the flavor.

13. Essentia has used in commerce the term FEEL THE GOOD, or formatives thereof, including "the 'feel good'" on water, thereby using Alacer's registered and pending marks.

## CLAIM I – INFRINGEMENT OF FEDERALLY
## REGISTERED TRADEMARKS
## (15 U.S.C. § 1114(1))

14. Plaintiff repeats and incorporates the allegations set forth in paragraphs 1 through 13 above.

15. Alacer owns U.S. Trademark Registration Nos. 3,521,887 for FEEL THE GOOD for use in connection with beverages, namely vitamin enriched water; and 3,483,518 for vitamins, mineral supplements, and food supplements. See attached Exhibit 1.

16. Essentia has used in commerce the Alacer FEEL THE GOOD mark, or formatives thereof, in connection with the advertising of, sale of, or offer to sell enhanced water. Essentia's use, in relation to Alacer's use of its own marks, will

likely cause confusion or mistake, or will likely deceive the public as to Essentia's products being associated or identified with or being the same as those of Alacer.

17. Alacer did not consent to or authorize Essentia's adoption or commercial use of the term FEEL THE GOOD, or formatives thereof, for Essentia's water.

18. Essentia therefore has infringed Alacer's trademarks in violation of its federal trademark rights under the Lanham Act, 15 U.S.C. §§ 1051 et seq., particularly 15 U.S.C. § 1114(1).

19. Alacer's marks are strong in light of the substantial marketing and promotion of the Alacer products used in connection with the FEEL THE GOOD mark for over the past four years and the substantial sales volume of the products sold in connection with its FEEL THE GOOD mark. Essentia's use of the confusingly similar "the 'feel good'" mark in connection with Essentia's enhanced water creates a likelihood of confusion.

20. Upon information and belief, Alacer avers that, at all times relevant to this action, including when Essentia first adopted "the feel good" mark, Essentia knew of Alacer's prior adoption and widespread commercial use of FEEL THE GOOD mark in connection with all of the goods specified in Alacer's federally registered trademarks listed above. Essentia' infringement of the Alacer marks is therefore willful, knowing, and deliberate.

21. Alacer has no control over the composition or quality of the goods sold under the confusingly similar Alacer marks by Essentia. As a result, to the extent Essentia's products are inferior to Alacer's, Alacer's valuable goodwill, developed

CISLO & THOMAS LLP
Attorneys at Law
1333 2ND STREET, SUITE 500
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

at great expense and effort by Alacer, is being harmed by Essentia's unauthorized use of the confusingly similar mark, and is at risk of further damage.

22.  The goodwill of Alacer's business under the FEEL THE GOOD mark is of enormous value, and Alacer will suffer irreparable harm should Essentia's infringement be allowed to continue to the detriment of Alacer's reputation and goodwill.

23.  Essentia's infringement will continue unless enjoined.

## CLAIM II – FALSE DESIGNATION OF ORIGIN

## (15 U.S.C. § 1125(a))

24.  Plaintiff repeats and incorporates the allegations set forth in paragraphs 1 through 23 above.

25.  Alacer is using or has used its FEEL THE GOOD trademark throughout the United States in connection with beverages, namely vitamin enriched water, vitamins, mineral supplements, and food supplements.

26.  Alacer's trademark is distinctive and distinguishes its beverages, namely vitamin enriched water, vitamins, mineral supplements, and food supplements from those of its competitors.

27.  Alacer's FEEL THE GOOD trademark is strong in light of the substantial marketing and promotion of the Alacer beverages, namely vitamin enriched water, vitamins, mineral supplements, and food supplements over the past four years, the sales volume of its products, the critical acclaim of its products, and their widespread public recognition.

7

28.    Essentia's use of the confusingly similar THE FEEL GOOD mark in connection with its enhanced water creates a likelihood of confusion with Alacer's use or past use of its FEEL THE GOOD trademark.

29.    Alacer has no control over the composition or quality of the goods sold under the confusingly similar FEEL THE GOOD mark by Essentia. As a result, to the extent Essentia's products are inferior to Alacer's, Alacer is being harmed by Essentia's unauthorized use of the confusingly similar mark, and is at risk of further damage.

30.    The goodwill of Alacer's business under the FEEL THE GOOD mark is of enormous value, and Alacer will suffer irreparable harm should Essentia's infringement be allowed to continue to the detriment of Alacer's reputation and goodwill.

31.    Upon information and belief, Alacer avers that, at all times relevant to this action, including when Essentia first adopted the THE FEEL GOOD mark, Essentia knew of Alacer's prior adoption and widespread commercial use of the FEEL THE GOOD mark in connection with beverages, namely vitamin enriched water, vitamins, mineral supplements, and food supplements. Essentia's infringement is therefore willful, knowing, and deliberate.

32.    Essentia's infringement will continue unless enjoined.

## CLAIM III—COMMON LAW TRADEMARK INFRINGEMENT

33.    Plaintiff repeats and incorporates the allegations set forth in paragraphs 1 through 32 above.

34.     Alacer owns and uses its FEEL THE GOOD mark, or formatives thereof, and enjoys common law rights in the trademark in California and throughout the United States in connection with beverages, namely vitamin enriched water; and vitamins, mineral supplements, and food supplements. Such rights are senior and superior to any rights which Essentia may claim in and to its infringing mark.

35.     Essentia's use of the confusingly similar THE FEEL GOOD mark, or formatives thereof, in connection with enhanced water in commerce is intentionally designed to mimic Alacer's trademark for similar products so as to likely cause confusion regarding the source of Essentia's products, in that purchasers will be likely to associate such products with, as originating with, or as approved by Alacer, all to the detriment of Alacer.

36.     Essentia's infringement will continue unless enjoined.

## CLAIM IV – UNFAIR COMPETITION UNDER STATE LAW
## (CALIFORNIA BUSINESS & PROFESSIONS CODE §§ 17200, 17203)

37.     Plaintiff repeats and incorporates the allegations set forth in paragraphs 1 through 36 above.

38.     Alacer's FEEL THE GOOD mark is wholly associated with Alacer due to its extensive use, and as such, Alacer is deserving of having its mark adequately protected with respect to the conduct of its business.

39.     Essentia's use of a mark that is confusingly similar to Alacer's FEEL THE GOOD mark constitutes unfair competition in that customers and would-be

9

customers are likely to be confused concerning the origin of products using similar marks in the marketplace and false designations concerning the origin of the mark.

40. Essentia's acts constitute unfair competition in violation of the California Business and Professions Code §§ 17200 and 17203.

41. Alacer avers that the acts of unfair competition undertaken by Essentia were intentionally and knowingly undertaken and were directed toward perpetuating a business competing unfairly with Alacer and were done with a willful disregard for the rights of Alacer.

42. By reason of Essentia's acts of unfair competition, Alacer has suffered and will continue to suffer irreparable injury unless and until this Court enters an order enjoining Essentia from any further acts of unfair competition. Essentia's continuing acts of unfair competition, unless enjoined, will cause irreparable damage to Alacer in that it will have no adequate remedy at law to compel Essentia to cease such acts. Alacer will be compelled to prosecute a multiplicity of actions, one action each time Essentia commits such acts, and in each such action it will be extremely difficult to ascertain the amount of compensation which will afford Alacer adequate relief. Alacer is therefore entitled to an injunction against further infringing conduct by Essentia.

43. In doing the acts alleged, Essentia acted fraudulently, oppressively, and maliciously, and, as such, Alacer is entitled to exemplary and punitive damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Alacer requests judgment against Essentia, as follows:

A.    For an order permanently enjoining Essentia, and its officers, directors, agents, servants, attorneys, and employees and all other persons acting in concert with them, from committing any further acts of trademark infringement, including using the FEEL THE GOOD mark, THE FEEL GOOD mark, or formatives thereof, with any type of water;

B.    For an order directing Essentia to file with this Court and to serve on Alacer within thirty (30) days after service on Essentia of the injunction granted herein, or such extended period as the Court may direct, a report in writing, under oath, setting forth in detail the manner and form in which Essentia has complied with the injunction and order of the Court;

C.    For a judgment that Essentia has willfully and deliberately infringed Alacer's rights and that this is an exceptional case entitling Alacer to enhanced damages under the Trademark Laws of the United States;

D.    For an award of costs, including attorneys' fees, incurred in bringing this action;

E.    For a judgment awarding to Alacer prejudgment and post-judgment interest until the award is fully paid;

F.    For such other and further relief as this Court may deem just and equitable under the circumstances; and

11

G.    Alacer does not seek damages at this time with respect to Essentia's trademark infringing activities as any damages are unknown at the present.

Respectfully submitted,

CISLO & THOMAS LLP

Dated:  November 30, 2010          By: _____

Daniel M. Cislo, Esq.
Kristin B. Kosinski, Esq.

Attorneys for ALACER CORP.

12

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues raised by the Complaint that are so triable.

Respectfully submitted,

CISLO & THOMAS LLP

Dated: November 3 0, 2010          By: _____

Daniel M. Cislo, Esq.
Kristin B. Kosinski, Esq.

Attorneys for ALACER CORP.

13

# Exhibit 1

Trademark Electronic Search System (TESS)                    http://tess2.uspto.gov/bin/gate.exe?f=doc&state=4001:ub0vcd.2.3

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 28 04:05:50 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start | List At:       | OR   Jump   to record:       **Record 3 out of 3**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# FEEL THE GOOD

| | |
|---|---|
| **Word Mark** | FEEL THE GOOD |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Beverages, namely, vitamin enriched water. FIRST USE: 20060726. FIRST USE IN COMMERCE: 20070601 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77234828 |
| **Filing Date** | July 20, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 1, 2008 |
| **Registration Number** | 3521887 |
| **Registration Date** | October 21, 2008 |
| **Owner** | (REGISTRANT) Alacer Corporation CORPORATION CALIFORNIA 80 Icon Foothill Ranch CALIFORNIA 92610 |
| **Attorney of Record** | Daniel M Cislo |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Trademark Electronic Search System (TESS)                    http://tess2.uspto.gov/bin/gate.exe?f=doc&state=4001:ub0vcd.2.3

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                    http://tess2.uspto.gov/bin/gate.exe?f=doc&state=4001:ub0vcd.3.3

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 28 04:05:50 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At:        OR   Jump   to record:        **Record 3 out of 3**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*
*Browser to return to TESS)*

# FEEL THE GOOD

| | |
|---|---|
| **Word Mark** | FEEL THE GOOD |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Vitamins, mineral supplements and food supplements. FIRST USE: 20061001. FIRST USE IN COMMERCE: 20061001 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77235199 |
| **Filing Date** | July 20, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 27, 2008 |
| **Registration Number** | 3483518 |
| **Registration Date** | August 12, 2008 |
| **Owner** | (REGISTRANT) Alacer Corporation CORPORATION CALIFORNIA 80 Icon Foothill Ranch CALIFORNIA 92610 |
| **Attorney of Record** | Daniel M. Cislo |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Trademark Electronic Search System (TESS)                    http://tess2.uspto.gov/bin/gate.exe?f=doc&state=4001:ub0vcd.3.3

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Exhibit 2

Essentia Water

http://www.essentiawater.com/index.html

You've just discovered the world's best bottled water.



Try it for the Taste
Buy it for the Benefits

**Where to buy the "Feel Good" water:**

Look for Essentia in health/natural food stores, vitamin supplement stores, medical facilities, health and fitness centers, and in the natural food section of many grocery store chains across the country. Or buy online here.

**Why does it taste so great? How does it benefit your body?**

Watch the Essentia movie

Copyright ©2010 Essentia Water, Inc. Home  Why Essentia  Product  Purchase  Resources  Contact

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge <u>James V. Selna</u> and the assigned discovery Magistrate Judge is <u>Marc L. Goldman</u>.

The case number on all documents filed with the Court should read as follows:

### SACV10-1836 JVS (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the The United States District Judge assigned to this case will hear and determine all discovery related motions.

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| ☐ **Western Division** | ☑ **Southern Division** | ☐ **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-18 (01/09)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# ORIGINAL

Name & Address:
Daniel M. Cislo
Cislo & Thomas LLP
1333 2nd Street, Suite 500
Santa Monica, CA 90401-4110
Ph: 310-451-0647 Fx: 310-394-4477

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALACER CORP., a California Corporation | CASE NUMBER |
|---|---|
| **PLAINTIFF(S)**<br>v.<br>ESSENTIA WATER, INC., a Washington Corporation | SACV10-01836 **JVS MLGx** |
| **DEFENDANT(S).** | **SUMMONS** |

TO:     DEFENDANT(S):  Essentia Water, Inc.


A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney,  Daniel M. Cislo _____, whose address is  1333 2nd Street, Suite 500, Santa Monica, CA 90401-4110 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


Clerk, U.S. District Court


Dated: _____DEC  - 2 2010_____          By: _____**CHRISTOPHER POWERS**_____

                                                                        Deputy Clerk

                                                                    *(Seal of the Court)*


*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself □) ALACER CORP., a California Corporation | DEFENDANTS ESSENTIA WATER, INC., a Washington Corporation |
|---|---|

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) Daniel M. Cislo, Cislo & Thomas LLP 1333 2nd Street, Suite 500 Santa Monica, CA 90401-4110   (310) 451-0647 | Attorneys (If Known) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

□ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

□ 2 U.S. Government Defendant  □ 4 Diversity (Indicate Citizenship of Parties in Item III.)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated or Principal Place of Business in this State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  □ 2 Removed from State Court  □ 3 Remanded from Appellate Court  □ 4 Reinstated or Reopened  □ 5 Transferred from another district (specify):  □ 6 Multi-District Litigation  □ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  □ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** □ Yes  ☑ No    ☑ MONEY DEMANDED IN COMPLAINT: $ According to proof at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. §§ 1331 and 1338(a)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| □ 400 State Reapportionment | □ 110 Insurance | □ 310 Airplane | □ 370 Other Fraud | □ 510 Motions to Vacate Sentence Habeas Corpus | □ 710 Fair Labor Standards Act |
| □ 410 Antitrust | □ 120 Marine | □ 315 Airplane Product Liability | □ 371 Truth in Lending | | □ 720 Labor/Mgmt. Relations |
| □ 430 Banks and Banking | □ 130 Miller Act | □ 320 Assault, Libel & Slander | □ 380 Other Personal Property Damage | □ 530 General | □ 730 Labor/Mgmt. Reporting & Disclosure Act |
| □ 450 Commerce/ICC Rates/etc. | □ 140 Negotiable Instrument | □ 330 Fed. Employers' Liability | □ 385 Property Damage Product Liability | □ 535 Death Penalty | |
| □ 460 Deportation | □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 340 Marine | BANKRUPTCY | □ 540 Mandamus/ Other | □ 740 Railway Labor Act |
| □ 470 Racketeer Influenced and Corrupt Organizations | | □ 345 Marine Product Liability | □ 422 Appeal 28 USC 158 | □ 550 Civil Rights | □ 790 Other Labor Litigation |
| □ 480 Consumer Credit | □ 151 Medicare Act | □ 350 Motor Vehicle | □ 423 Withdrawal 28 USC 157 | □ 555 Prison Condition | □ 791 Empl. Ret. Inc. Security Act |
| □ 490 Cable/Sat TV | □ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | □ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| □ 810 Selective Service | | □ 360 Other Personal Injury | □ 441 Voting | □ 610 Agriculture | □ 820 Copyrights |
| □ 850 Securities/Commodities/ Exchange | □ 153 Recovery of Overpayment of Veteran's Benefits | □ 362 Personal Injury-Med Malpractice | □ 442 Employment | □ 620 Other Food & Drug | □ 830 Patent |
| □ 875 Customer Challenge 12 USC 3410 | □ 160 Stockholders' Suits | □ 365 Personal Injury-Product Liability | □ 443 Housing/Acco-mmodations | □ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| □ 890 Other Statutory Actions | □ 190 Other Contract | □ 368 Asbestos Personal Injury Product Liability | □ 444 Welfare | | SOCIAL SECURITY |
| □ 891 Agricultural Act | □ 195 Contract Product Liability | | □ 445 American with Disabilities - Employment | □ 630 Liquor Laws | □ 861 HIA (1395ff) |
| □ 892 Economic Stabilization Act | □ 196 Franchise | IMMIGRATION | □ 446 American with Disabilities - Other | □ 640 R.R. & Truck | □ 862 Black Lung (923) |
| □ 893 Environmental Matters | REAL PROPERTY | □ 462 Naturalization Application | □ 440 Other Civil Rights | □ 650 Airline Regs | □ 863 DIWC/DIWW (405(g)) |
| □ 894 Energy Allocation Act | □ 210 Land Condemnation | □ 463 Habeas Corpus-Alien Detainee | | □ 660 Occupational Safety /Health | □ 864 SSID Title XVI |
| □ 895 Freedom of Info. Act | □ 220 Foreclosure | □ 465 Other Immigration Actions | | □ 690 Other | □ 865 RSI (405(g)) |
| □ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | □ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| □ 950 Constitutionality of State Statutes | □ 240 Torts to Land | | | | □ 870 Taxes (U.S. Plaintiff or Defendant) |
| | □ 245 Tort Product Liability | | | | □ 871 IRS-Third Party 26 USC 7609 |
| | □ 290 All Other Real Property | | | | |

SACV10-01836

FOR OFFICE USE ONLY:   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

VIII(a). **IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑No  ☐ Yes
If yes, list case number(s): _____

VIII(b). **RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                           ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                           ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                           ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Washington |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date   Dec. 1, 2010

Notice to Counsel/Parties:  The CV-71 (JS-44)  Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |