JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALACER CORP., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ESSENTIA WATER, INC., a Washington corporation,<br><br>　　　　Defendant. | CASE NO. SACV10-01836 JVS (MLGx)<br><br>**DISMISSAL OF COMPLAINT** |

　　　　THIS DISMISSAL IS MADE PURSUANT TO THE Plaintiff ALACER CORP.'S request for Voluntary Dismissal under Fed.R.Civ.P. 41(a)(1)(A)(i). The Court, having considered the document filed by Plaintiff ALACER CORP., through its respective attorneys of record, hereby enters, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) a dismissal without prejudice of the entire Complaint filed

by Plaintiff, subject to the terms of the parties' confidential Settlement Agreement. Each side will bear its own costs, including attorney fees associated with the Complaint.

Dated: January 26, 2011

_____
United States District Judge